RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
ALEXANDRIA, LOUISIANA
DATE 9/22/05
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ERNEST WHITE | CIVIL ACTION NO. 05-0106 |
| VERSUS | SECTION "P" |
| LA DEPT PUBLIC SFTY, ET AL. | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Findings and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Findings and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. §1915(e)(2)(B)(i) until *Heck* conditions are satisfied; and the remainder of his claims **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 22nd day of September, 2005.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**